# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DARREN S. KOENIG,** | : |
| | : Case No. 2:19-CV-5409 |
| **Plaintiff,** | : |
| | : **CHIEF JUDGE ALGENON L. MARBLEY** |
| v. | : |
| | : **Chief Magistrate Judge Deavers** |
| **COMMISSIONER OF SOCIAL SECURITY,** | : |
| | : |
| **Defendant.** | : |

## ORDER

This matter is before the Court on the Parties' Joint Motion to Remand to the Commissioner of Social Security. (ECF No. 15). On December 12, 2019, Plaintiff filed a Complaint against the Commissioner of Social Security regarding the Administrative Law Judge's ("ALJ") decision to deny his disability insurance benefits application. (ECF No. 3). In his Statement of Errors, Plaintiff alleged the ALJ failed to properly consider his mental health evaluations. (ECF No. 10). The Parties now jointly stipulate that this matter should be remanded to the Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). (ECF No. 15). The Commissioner represents that it will further consider the medical opinions of record and will offer Plaintiff a new hearing. (*Id.*). Accordingly, this case is **REMANDED** to the Commissioner of Social Security for further proceedings.

**IT IS SO ORDERED.**

                                                                        
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATE:  August 13, 2020**