### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **DARREN S. KOENIG,** | : |
| | : |
| **Plaintiff,** | : |
| | : Case No. 2:19-cv-05409 |
| v. | : |
| | : CHIEF JUDGE ALGENON L. MARBLEY |
| **ANDREW SAUL,** | : |
| **Commissioner of Social Security,** | :  MAGISTRATE JUDGE DEAVERS |
| | : |
| **Defendant.** | : |
| | : |

## OPINION & ORDER

This matter comes before the Court on the parties' Joint Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). (ECF No. 18). The parties jointly stipulate and petition this Court to enter an award of attorneys' fees in the amount $3,600.00 and $0.00 in costs. (*Id.*).

Prior to Plaintiff filing an EAJA petition, the parties jointly reached a resolution to settle EAJA fees in this case. According to the parties, "this Stipulation represents a compromise on disputed positions and is not intended to set precedent for, or a representation of, any specific hourly rate or total number of hours." (*Id.*). The parties further stipulate that any fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt that Plaintiff owes to the United States. *See Astrue v. Ratcliff*, 560 U.S. 586 (2010).  After this Court enters the award, counsel for the parties shall verify that Plaintiff owes no pre-existing debt to the Government subject to offset; then, Defendant agrees to make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff and his counsel.

1

In light of the foregoing, this Court **GRANTS** the parties' Joint Motion for an Award of Attorney's Fees Pursuant to the Equal Access to Justice Act in the amount of $3,600.00 (ECF No. 18).

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  January 15, 2021**